# Third District Court of Appeal

## State of Florida

Opinion filed September 6, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-438
Lower Tribunal No. 22-3374
_____

**Anti Age Automated Spa, Inc.,**
Appellant,

vs.

**Kerem Sunny Isles, LLC, etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Vedder Price P.C., Nicole J. Wing, and Samuel M. Deau (Chicago, IL), for appellant.

Solomon Cooperman Recondo and Weiss, and Joel M. Gaulkin, for appellee.

Before EMAS, FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed.